# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 1, 2005

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

| | |
|---|---|
| No. 05-2357 | Petition for Writ of Mandamus to the United States District Court |
| IN RE:  TERRY TAYLOR, | for the Northern District of |
| *Petitioner*. | Illinois, Western Division. |
| | No. 04 CR 50038 |
| | Philip G. Reinhard, |
| | *Judge*. |

**O R D E R**

The opinion issued in this case on July 29, 2005, is corrected as follows:

"Judge Nelson" is changed to "Judge Nielson" on page 4 of the slip opinion at lines 4, 6 and 10.

"Magistrate Judge Mohoney" is changed to "Magistrate Judge Mahoney" on page 4 of the slip opinion at line 8.